Trust for Travis M. CHRISTENSEN,
Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2007–3302.

United States Court of Appeals,
Federal Circuit.

Oct. 31, 2007.

**ORDER**

Order Vacated, See 255 Fed.Appx. 511,
2007 WL 4125027.

The petitioner having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.